UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 05-1271 (MJD/JJG)

TWIN CITY PIPE TRADES SERVICE
ASSOCIATION, INC.,

          Plaintiff,

v.                             REPORT & RECOMMENDATION

EXPERT SHEET METAL, INC.,

          Defendant.

      The complaint in this case was filed on June 28, 2005.  When no answer was filed on behalf of defendant or other appearance made within the time required by the rules, the court issued an order on December 20, 2005, which by its terms required plaintiff to take certain action.

      To date, plaintiff has not complied with the terms of that order.

      Based upon the foregoing, IT IS RECOMMENDED that the case be **DISMISSED** for lack of prosecution.

Dated: January 24, 2006          s/Jeanne J. Graham

                                                  JEANNE J. GRAHAM
                                                  U.S. Magistrate Judge

Pursuant to D. Minn. LR 72.2(b), any party may object to this Report and Recommendation by filing and serving specific, written objections by February 13, 2006.  A party may respond to the objections within ten days after service thereof.  Any objections or responses filed under this rule shall not exceed 3,500 words.  A District Judge shall make a de novo determination of those portions to which objection is made.  Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the United States Court of Appeals for the Eighth Circuit.