UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TWIN CITY PIPE TRADES SERVICE ASSOC., INC.,

    Plaintiffs,                                                                             ORDER

v.                                                       Civil No.:  05-1271(MJD/JJG)

EXPERT SHEET METAL, INC.,

    Defendants.

---

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

    IT IS HEREBY ORDERED THAT:

    1.    This case is dismissed for lack of prosecution.

Dated: March 1,  2006

                                                      s / Michael J. Davis
                                                      MICHAEL J. DAVIS, Judge
                                                      United States District Court